# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135216

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALGEROW GERALD WRIGHT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135216
COA: 279620
Macomb CC: 2006-001501-FC

On order of the Court, the application for leave to appeal the September 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

Clerk

s1217